20083.  SOUTHLAND ICE CO., INC. *v.* McCOLLUM,
Commissioner &c. of Cobb County, *et al.*
20084.  LITTLE *v.* BRAMLETT *et al.,* Mayor &c. of City
of Marietta.
20085.  TOWNSEND *et al. v.* McCOLLUM, Commissioner &c.
of Cobb County, *et al.*

HEAD, Justice.  The contentions of the petitioners in these cases
are controlled by the rulings in *Lewis* v. *City of Smyrna,* ante.
*Judgments affirmed.  All the Justices concur.*
ARGUED JUNE 9, 1958—DECIDED JULY 11, 1958—REHEARING
DENIED JULY 22, 1958.

*Buchanan, Edenfield & Sizemore, Wm. H. Major, Jr.,* for
plaintiffs in error.
*Reed, Ingram & Flournoy, Scott S. Edwards, Jr., Conley In-
gram,* contra.